IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02457-MSK-CBS

GINESSA RHUE,

    Plaintiff,

v.

CAR TOYS, INC., and
BRUCE CAMERON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order (*doc. no. 26)* is **GRANTED**. The scheduling order is modified as follows:

1. Deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **October 30, 2007**;
2. Deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **November 30, 2007**;
3. Discovery deadline is extended to **December 31, 2007**; and
4. Dispositive motion deadline is extended to **January 29, 2008**.

**DATED:**     September 4, 2007