IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02457-MSK-CBS

GINESSA RHUE,

    Plaintiff,

v.

CAR TOYS, INC., and
BRUCE CAMERON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Entry of Stipulated Protective Order Concerning Confidential Information (*doc. no. 33)* is **GRANTED**.  The Stipulated Protective Order submitted October 22, 2007 shall be signed and entered on this date.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2  parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    October 22, 2007